FILED

MAR 1 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case 08CR0795-IEG |
| Plaintiff, ) | |
| ) | **I N F O R M A T I O N** |
| v. ) | |
| ) | Title 18, U.S.C., Sec. 1001 - |
| PEDRO CORTEZ-VELASQUEZ , ) | False Statement to a Federal |
| ) | Officer |
| Defendant. ) | |

The United States Attorney charges:

On or about Febru;ary 16, 2008, within the Southern District of California, defendant PEDRO CORTEZ-VELASQUEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to United States Border Patrol Agents that his name was Mariano Morales Guzman as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: March 18, 2008 .

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney