AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

MAR 1 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| PEDRO CORTEZ-VELASQUEZ | CASE NUMBER: 08cr0795-IEG |

I,

PEDRO CORTEZ-VELASQUEZ, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/18/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Pedro Cortes Velasquez_
PEDRO CORTEZ-VELASQUEZ
Defendant

_[signature]_
INGE BRAUER
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER