**PROOF OF SERVICE**

Case Name:     U.S.A. v. PEDRO CORTEZ VELASQUEZ

Case No.:      08CR0795-IEG

1. I am employed in the County of San Diego, State of California and over the age of eighteen years. I am not a party to the within action. My address is 2240 "F" Street, San Diego, California 92102.

2. I served:     **DEFENDANT'S SENTENCING SUMMARY CHART**

by electronic filing to:
CARLA J. BRESSLER
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Efile.dkt.gc2@usdoj.gov

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 15th day of May, 2008 at San Diego, California.

                                                  S/ Inge Brauer
                                                  _____
                                                  Signature